UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CHRIS HAMPTON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:23-cv-00521-LSC-SGC |
| GWENDOWLYN DAVIS, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on September 20, 2023, recommending this petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied as time-barred, unexhausted, and procedurally defaulted. (Doc. 3). The report further recommended denial of a certificate of appealability. The deadline to file objections has expired, and the petitioner has not objected or otherwise responded.

After careful consideration of the entire record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Accordingly, the petition will be denied and dismissed as untimely, unexhausted, and procedurally defaulted; a certificate of appealability will be denied.

A separate order will be entered.

**DONE** and **ORDERED** on October 17, 2023.

_____
L. Scott Coogler
United States District Judge

160704